# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

ENDER ANTONIO HUERTA ANGARITA,

Plaintiff,

v.

Case No.: 6:26-cv-00776-GAP-CAB

LOUIS A. QUINONESJR., IN HIS OFFICIAL CAPACITY AS WARDEN OF THE ORANGE COUNTY JAIL; GARRETT J. RIPA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), ENFORCEMENT AND REMOVAL OPERATIONS, MIAMI FIELD OFFICE (ORLANDO AREA OFFICE); AND MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY;

Defendants,

## ORDER

The case is before the Court *sua sponte*. The Petition was filed April 8, 2026.

On April 10, 2026, the Court granted Petitioner's Petition for Writ of Habeas

Corpus (Doc. 7) and Judgment was entered on April 13, 2026 (Doc. 8). There has been no further activity in the case. It is therefore **ORDERED** that the clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 14, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party